U.S. District Court
Western District of Louisiana
Robert H. Shemwell, Clerk
RECEIVED
Date: 05-23-07
By: M. Cassanova

Case 5:07-cr-50054-SMH-MLH   Document 14   Filed 05/23/07   Page 1 of 2 PageID #: 23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

CASE NO.   05-5182M-01

**BERNARD SHORTS**
(Name of Defendant)

Betty Marak (FPD)
(Defendant's Attorney)

**THE DEFENDANT:**

[X]   Admitted guilt to violation of conditions of the term of supervision: (SEE BELOW)

[ ]   Was found in violation of conditions of the term of supervision after a denial of guilt: (SEE BELOW)

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|

The court finds that Defendant violated the conditions of his supervised probation by committing the new offense of DWI, 1st, on January 01, 2007.

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

XXX-XX-7540
Defendant's Social Security No.

XX-XX-1958
Defendant's Date of Birth

Defendant's USM Number

Defendant's Driver's License Number

Defendant's Residence Address:

May 15, 2007
Date of Imposition of Judgment

Mark L. Hornsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

May 23, 2007
Date Signed

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

DEFENDANT: BERNARD SHORTS
CASE NO.: 05-5182M-01

JUDGMENT PAGE 2 OF 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

It is ordered that the two year term of supervised probation imposed on September 16, 2005 is set aside, and Defendant is committed to the custody of the Bureau of Prisons for six (6) months.

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at __ a.m./p.m. on __.

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    [ ] before 2:00 p.m. on __.

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

_____ with a certified copy of this judgment.

_____
United States Marshal

by _____
Deputy Marshal