UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.  07-50054 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BERNARD SHORTS | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is the defendant's appeal of a final judgment of probation revocation and sentence rendered by the Magistrate Judge on May 15, 2007.  The attorney appointed to represent the defendant has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967).  [Doc. No. 17].  The defendant has not filed a response. Based on this Court's review of the record and counsel's representations, the Court finds there is no non-frivolous issue for appeal.  See United States v. Clark, 193 F.3d 845, 847-48 (5th Cir.1999).   Accordingly, appointed counsel is excused from further responsibilities herein, and the **APPEAL IS DISMISSED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana this 11th day of September, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE